Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

In Re: Ronald J. Raslowsky
Debtor

                                                   Case No.: 16–13754–KCF
                                                   Chapter 7

Andrea Dobin
Plaintiff

v.

Wells Fargo Home Mortgage
Defendant

Adv. Proc. No. 16–01550–KCF                     Judge: Kathryn C. Ferguson

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

      Please be advised that on August 26, 2016, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 8
Joint Scheduling Order. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/24/2016. Discovery due by 12/30/2016. Trial date set for 5/3/2017 at 10:00 AM at KCF – Courtroom 2, Trenton. (fed)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 26, 2016
JJW: fed

                                                                                          James J. Waldron
                                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

Dobin,
    Plaintiff

Adv. Proc. No. 16-01550-KCF

Wells Fargo Home Mortgage,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 26, 2016
                   Form ID: orderntc    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2016.
```
pla          +Andrea Dobin,   Trenk, DiPasquale, et al.,   427 Riverview Plaza,   Trenton, NJ 08611-3420
dft           M&T Bank,   One M&T Plaza,   Buffalo, NY  14203
md           +Scott Zauber,   750 Route 73 South,   Suite 307B,   Marlton, NJ 08053-4191
dft          +Wells Fargo Home Mortgage,   550 Broad Street,   Newark, NJ 07102-4531
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2016 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Defendant    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michele M. Dudas    on behalf of Plaintiff Andrea   Dobin mdudas@trenklawfirm.com
              William M.E. Powers, III    on behalf of Defendant    Wells Fargo Home Mortgage ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 4
```